IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEDRICK HARRIS**
**ADC #123627**                                                                                                    **PLAINTIFF**

V.                                             4:19CV00269 SWW/PSH

**ALEXANDER SANTUCCI, Officer,**
**North Little Rock Police Department,** *et al*.                                       **DEFENDANTS**

## ORDER

The Court has received and reviewed the Recommended Partial Disposition ("Recommendation") filed by Magistrate Judge Patricia S. Harris. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Harris's official capacity claims are DISMISSED WITHOUT PREJUDICE for failure to state a claim on which relief may be granted.

2. Harris's unlawful arrest claims are DISMISSED WITHOUT PREJUDICE for failure to state a claim on which relief may be granted.

3. Harris's claims against Christopher Henderson are DISMISSED WITHOUT PREJUDICE for failure to state a claim on which relief may be granted.

4. Harris's claims against Alexander Santucci are DISMISSED WITHOUT PREJUDICE for failure to state a claim on which relief may be granted.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 29th day of May, 2019.

/s/Susan Webber Wright  
UNITED STATES DISTRICT JUDGE