IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEDRICK HARRIS**                                                                                          **PLAINTIFF**
**ADC #123627**

v.                                Case No. 4:19-CV-00269-LPR

**ALEXANDER SANTUCCI, Officer,**                          **DEFENDANTS**
**North Little Rock Police Department,** *et al.*

### ORDER

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Patricia S. Harris. (Doc. 32). The parties have not filed objections. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1) Defendant Joe Pitts's Motion to Dismiss (Doc. 28) is GRANTED;

2) Plaintiff Dedrick Harris's claims against Joe Pitts are DISMISSED without prejudice;

3) Plaintiff's Complaint, as amended (Doc. 7) is DISMISSED without prejudice; and

4) The Court certifies that an *in forma pauperis* appeal taken from this Order adopting the Recommendation and accompanying Judgment is frivolous and would not be taken in good faith.

DATED this 5th day of October 2020.

                                                                _____
                                                                LEE P. RUDOFSKY
                                                                UNITED STATES DISTRICT JUDGE