IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEDRICK HARRIS**                                                                                           **PLAINTIFF**
**ADC #123627**

v.                              Case No. 4:19-CV-00269-LPR

**ALEXANDER SANTUCCI, Officer,**                                                                 **DEFENDANTS**
**North Little Rock Police Department,** *et al.*

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Dedrick Harris's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 5th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE